Amy M. Samberg
Nevada Bar No. 10212
FORAN GLENNON PALANDECH
PONZI & RUDLOFF, P.C.
One East Washington, Suite 500
Phoenix, AZ 85004
Telephone: (602) 777-6230
E-Mail: asamberg@fgppr.com

Justin S. Hepworth
Nevada Bar No. 10080
FORAN GLENNON PALANDECH
PONZI & RUDLOFF, P.C.
7455 Arroyo Crossing, Suite 220
Las Vegas, NV 89113
Telephone: (702) 761-6572
Email: jhepworth@fgppr.com

*Attorneys for Defendant Safeco Insurance Company of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESHTINEE EBIYA, a minor, by and through her Guardian Ad Litem FLORISA GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS; DOES I-X and ROE CORPORATIONS I-X, inclusive,,<br><br>Defendants. | Case No.   2:15-cv-01923-JCM-VCF<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY** |

In the above-captioned case, Plaintiff named Safeco Insurance Company of Illinois as a defendant. Because Safeco Insurance Company of America, rather than Safeco Insurance Company of Illinois, issued the relevant insurance policy applicable to this case, the parties hereby

/ / /

/ / /

/ / /

/ / /

stipulate and agree that Safeco Insurance Company of America shall be substituted in place of Safeco Insurance Company of Illinois and the caption shall be amended.

DATED this 30th day of March 2016                    DATED this 30th day of Mark 2016

FORAN GLENNON PALANDECH                              STOVALL & ASSOCIATES
PONZI & RUDLOFF, P.C.

By: /s/ Justin S. Hepworth                           By: /s/ Leslie M Stovall
    Amy M. Samberg                                       Leslie Mark Stovall
    Nevada Bar No. 10212                                 Nevada Bar No. 8804
    Justin S. Hepworth                                   Ross H. Moynihan
    Nevada Bar No. 10080                                 Nevada Bar No. 11848
    7455 Arroyo Crossing, Suite 220                      2301 Palomino Lane
    Las Vegas, Nevada 89113                              Las Vegas, Nevada 8910
    *Attorneys for Safeco Ins. Co. of Am.*               *Attorneys for Plaintiff*

## ORDER

IT IS HEREBY ORDERED that Safeco Insurance Company of America shall be substituted in as the defendant in the place and stead of Safeco Insurance Company of Illinois. The caption for this case shall be so amended.

Dated: April 4, 2016

_____
UNITED STATES MAGISTRATE JUDGE